## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 02-13283 (PJW) |
| | ) | |
| GRUPPO ANTICO, INC. f/k/a | ) | |
| TREND HOLDINGS, INC., | ) | CHAPTER 11 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |
| BROADWAY ADVISORS, LLC, in | ) | |
| its representative capacity as the | ) | |
| liquidating trustee of the GRUPPO | ) | Adv. Proc. No. 03-58480 (KJC) |
| ANTICO LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HIPRO ELECTRONICS, INC., | ) | |
| HIPRO ELECTRONICS CO., LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Hipro Electronics Co., Ltd. (the "Defendant"), through counsel, hereby appeals under 28 U.S.C. § 158(a) from the Order Approving Judgment In Favor Of Plaintiff (the "Order") including, without limitation, the Court's decision on the affirmative defense of statute of limitations, entered by the Honorable Kevin J. Carey, United States Bankruptcy Judge, in Adversary Proceeding No. 03-58480, on the 16th day of February, 2007 (Adversary Docket No. 127).

#8349192 v2

The names of the parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **APPELLANT:** | **Hipro Electronics Co., Ltd.** |

Represented by:

David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone:  (302) 777-6500

and

Harry W. Greenfield, Esq.
Dov Y. Frankel, Esq.
BUCKLEY KING LPA
1400 Fifth Third Center
600 Superior Avenue, East
Cleveland, OH  44114-2652
Telephone:  (216) 363-1400

and

Michael A. Oswald, Esq.
Oswald & Yap, P.C.
16148 Sand Canyon Avenue
Irvine, CA  92618
Telephone:  (949) 788-8900

| | |
|---|---|
| **APPELLEE:** | **Broadway Advisors, LLC, in its representative capacity as liquidating trustee of the Gruppo Antico Liquidating Trust** |

Represented by:

                                      Laura Davis Jones, Esq.
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100

and

Andrew W. Caine, Esq.
Steven J. Kahn, Esq.
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
Telephone: (310) 201-0760

**U.S. TRUSTEE:**  **Office of the United States Trustee**

Mark S. Kenney, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801
Telephone: (302) 573-6492

Dated: February 23, 2007
Wilmington, DE

                        /s/ James C. Carignan
PEPPER HAMILTON LLP
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

and

        HARRY W. GREENFIELD (0003839)
        DOV Y. FRANKEL (0077562)
        Buckley King LPA
        1400 Fifth Third Center
        600 Superior Avenue, East
        Cleveland, Ohio  44114-2652
        (216) 363-1400

        and

        Michael A. Oswald, Esq.
        Oswald & Yap, P.C.
        16148 Sand Canyon Avenue
        Irvine, CA  92618
        (949) 788-8900

        *Counsel to Defendant Hipro Electronics Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: _____  ○ BK   ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
_____
          Docket Number: _____        Date Entered: _____

Item Transmitted:  ○ Notice of Appeal              ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal      ○ Cross Appeal
          Docket Number: _____        Date Filed: _____

*Appellant/Cross Appellant:              *Appellee/Cross Appellee
_____        _____
Counsel for Appellant:                    Counsel for Appellee:
_____        _____
_____        _____
_____        _____
_____        _____

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ○ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?  ○ Yes  ○ No
   If so, has District Court assigned a Civil Action Number?   ○ Yes  ○ No   Civil Action # _____

Additional Notes:
_____

_____          By: _____
Date                                          Deputy Clerk

_____
                                         FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: _____
7/6/06

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GRUPPO ANTICO, INC. f/k/a TREND HOLDINGS, INC., et al.[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 02-13283 (KG)<br>(Jointly Administered) |
| BROADWAY ADVISORS, LLC, in its representative capacity as the Liquidating Trustee of the Gruppo Antico Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>HIPRO ELECTRONICS, INC., and HIPRO ELECTRONICS, CO., LTD.,<br><br>Defendants. | Adv. Proc. No. 03-58480 (KJC)<br><br>**Trial Dates: February 8 and 9, 2007**<br>**Courtroom:   5** |

### JUDGMENT

This cause came on regularly for trial on February 8, 2007. The Court, having heard all of the evidence and arguments of counsel presented at trial, and based upon the findings of fact and conclusions of law read into the record on February 9, 2007,

---

[1] The debtors are the following entities: Gruppo Antico, Inc. (f/k/a Trend Holdings, Inc.); Antico Vacca Technologies, Inc. (f/k/a Trend Technologies, Inc.); Antico Plasco, Inc. (f/k/a Trend Plasco, Inc.); Antico New Ventures, Inc. (f/k/a Trend L.P. New Ventures, Inc.); Antico Technologies Texas, L.P. (f/k/a Trend Technologies Texas, L.P.); Antico Product Finishing, Inc. (f/k/a Hitek Product Finishing, Inc.); Cowden Metal Finishing, Inc.; and Cam Fran Tool Co., Inc.

1

**HEREBY ORDERS, ADJUDGES AND DECREES:**

1. That $2,165,552.44 of the transfers made by the Debtor to HiPro Electronics, Co., Ltd. within the ninety (90) days preceding November 7, 2002 are deemed avoidable and recoverable pursuant to 11 U.S.C. §§ 547(b) and 550;

2. That Judgment be entered in favor of Plaintiff, Broadway Advisors, LLC, in its representative capacity as the Liquidating Trustee of the Gruppo Antico Liquidating Trust and against Defendant HiPro Electronics, Co., Ltd. in the principal sum of $2,165,552.44 plus pre-judgment interest thereon of $123,964.80 from and after December 30, 2004, calculated pursuant to 28 U.S.C. § 1961(a) at the rate in effect as of that date, for a total judgment of $2,289,517.24; and

3. That interest shall accrue on the $2,165,552.44 amount of the avoided transfers, as calculated pursuant to 28 U.S.C. § 1961(a) at the current prevailing rate, from and after entry of this Judgment.

Dated: February 16, 2007

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

85138-003\DOCS_LA:162968.1