## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gruppo Antico, Inc., | ) | Case No. 02-13283 (PJW) |
| f/k/a Trend Holdings, Inc. *et al.,* | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| ─────────────────────── | ) | |
| | ) | |
| Broadway Advisors, LLC in its representative | ) | |
| capacity as liquidating trustee of The Gruppo | ) | |
| Antico Liquidating Trust, | ) | |
| | ) | Adv. Pro. No. 03-58480-KJC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HiPro Electronics, Inc. and HiPro Electronics | ) | |
| Co., Ltd., | ) | |
| | ) | |
| Defendants. | ) | |

**APPELLANT'S DESIGNATION OF RECORD AND**
**STATEMENT OF ISSUES ON APPEAL**

Appellant HiPro Electronics Co., Ltd., by and through its undersigned counsel, designates the record on appeal to include the following:

1. The Court's Docket Report for <u>In re Gruppo Antico, Inc. f/k/a Trend Holdings, Inc., *et al.*</u>, Case No. 02-13283.

2. The Court's Docket Report for <u>Broadway Advisors, LLC v. HiPro Electronics, Inc., *et al.*</u>, Adv. No. 03-58480.

3. The Complaint by Gruppo Antico, Inc., f/k/a Trend Holdings, Inc. against Hipro Electronics Inc. (Docket #1)

4. Original Answer of Hipro Electronics, Inc. (Docket #3)

#8377201 v2

5. The Affidavit of Service. (Docket #10)

6. The Initial Disclosures Filed by Hipro Electronics, Inc. (Docket #11)

7. The Notice of Service of Plaintiff's Initial Disclosures Filed by Gruppo Antico, Inc., f/k/a/ Trend Holdings, Inc. (Docket #12)

8. The Stipulation between Gruppo Antico, Inc., f/k/a Trend Holdings, Inc. and Defendant, Hipro Electronics, Inc. (Docket #18)

9. The First Amended Complaint for Avoidance and Recovery of Preferential Transfers. (Docket #19)

10. First Amended Answer of Hipro Electronics, Inc. (Docket #24)

11. The Motion for Leave to File a Second Amended Complaint and for Order to Modify the Scheduling Order filed by Broadway Advisors, LLC in its representative capacity as the liquidating trustee of the Gruppo Antico Liquidating Trust. (Docket #25)

12. Defendant's Objection to Plaintiff's Motion for Leave to File a Second Amended Complaint and for Order to Modify the Scheduling Order. (Docket #26)

13. Plaintiff's Reply to Defendant's Objection to Plaintiff's Motion for Leave to File a Second Amended Complaint and for Order to Modify the Scheduling Order. (Docket #27)

14. Vacated (See Doc#48) Order (REVISIONS BY THE COURT) Granting Motion for Leave to File a Second Amended Complaint and for Order to Modify the Scheduling Order. (Docket #34)

15. Second Amended Answer of Defendant Hipro Electronics, Inc. to Plaintiff's Second Amended Complaint. (Docket #35)

16. The Motion of Hipro Electronics Co., Ltd. to Dismiss the Second Amended Complaint Pursuant to Rule 12(b)(2), (4) and (5) of the Federal Rules of Civil Procedure as made

Applicable to this action by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure (Docket #36)

17. The Second Amended Complaint for Avoidance and Recovery of Preferential Transfers. (Docket #37)

18. The Affidavit/Declaration of Service Regarding (1) Second Amended Complaint for Avoidance and Recovery of Preferential Transfers; and (2) Summons and Notice of Pretrial Conference Filed by Broadway Advisors, LLC, in its representative capacity as the liquidating trustee of the Gruppo Antico Liquidating Trust. (Docket #39)

19. Plaintiff's Motion for Issuance of Letter of Request for International Judicial Assistance for Service of Summons in a Foreign County filed by Gruppo Antico, Inc., f/k/a Trend Holdings, Inc. (Docket #42)

20. Plaintiff's Opposition to Motion of Hipro Electronics Co., Ltd. to Dismiss the Second Amended Complaint pursuant to Rule 12 (b)(2), (4), and (5) of the Federal Rules of Civil Procedure as Made Applicable to this Action by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure (Docket #43)

21. Plaintiff's Request for Judicial Notice in Support of Opposition to Motion of Hipro Electronics Co., Ltd. to Dismiss the Second Amended Complaint Pursuant to Rule 12(b)(2), (4) and (5) of the Federal Rules of Civil Procedure as Made Applicable to this Action by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure (Docket #44)

22. The Reply of Hipro Electronics Co., Ltd. to Plaintiff's Opposition to Motion to Dismiss the Second Amended Complaint pursuant to Rule 12(b)(2), (4) and (5) of the Federal Rules of Civil Procedures as Made Applicable to this Action by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure Filed by Hipro Electronics Co., Ltd. (Docket #45)

23. The Order granting Plaintiff's Motion for Issuance of Letter of Request for International Judicial Assistance for Service of Summons in a Foreign Country. (Docket #49)

24. The Request for International Judicial Assistance, Approved by the Court on 4/8/2005. (Docket #51)

25. The Status Report A. (Docket #52)

26. The Order Denying Motion of Hipro Electronics Co., Ltd., to Dismiss Complaint. (Docket #54)

27. Answer of Defendant Hipro Electronics Co., Ltd. to Second Amended Complaint to Avoid and Recover Preferential Transfers filed by Hipro Electronics Co., Ltd. (Docket #56)

28. The Notice of Service of Plaintiff's Second Set of Initial Disclosures Filed by Broadway Advisors, LLC, in its representative capacity as the liquidating trustee of the Gruppo Antico Liquidating Trust. (Docket #58)

29. Motion of Hipro Electronics, Inc. for Judgment on the Pleadings Filed by Hipro Electronics, Inc. (Docket #85)

30. The Pretrial Statement/Joint Pretrial Memorandum Filed by Broadway Advisors, LLC, in its representative capacity as the liquidating trustee of the Gruppo Antico Liquidating Trust. (Docket #93)

31. Motion of Hipro Electronics, Inc. for Judgment on the Pleadings Filed by Hipro Electronics, Inc. (Docket #95)

32. The Response to Amended Motion of Hipro Electronics, Inc. for Judgment on the Pleadings Filed by Broadway Advisors, LLC, in its representative capacity as the liquidating trustee of the Gruppo Antico Liquidating Trust. (Docket #96)

33. The Declaration in Support of Answering Brief of Plaintiff to Amended Motion of

Hipro Electronics, Inc. for Judgment on the Pleadings Filed by Broadway Advisors, LLC, in its representative capacity as the liquidating trustee of the Gruppo Antico Liquidating Trust. (Docket #97)

34. The Reply Brief of Defendant Hipro Electronics, Inc. In Support of Defendant's Motion for Judgment on the Pleadings Filed by Hipro Electronics, Inc. (Docket #106)

35. The Transcript of Motion Hearing Before Honorable Kevin J. Carey, Held on January 17, 2007. (Docket #111)

36. ***ENTERED IN ERROR*** Transcript of Hearing held on January 17, 2007 before the Honorable Kevin J. Carey. (Docket #112)

37. The Brief on Defendant Hipro Electronics Co., Ltd.'s Statute of Limitations Defense Filed by Broadway Advisors, LLC, in its representative capacity as the liquidating trustee of the Gruppo Antico Liquidating Trust. (Docket #113)

38. The Declaration in Support of Plaintiff's Brief on Defendant Hipro Electronics, Co., Ltd.'s Statute of Limitation Defense Filed by Broadway Advisors, LLC, in its representative capacity as the liquidating trustee of the Gruppo Antico Liquidating Trust. (Docket #114)

39. The Brief in Support of Limitations Asserted by Hipro Electronics Co., Ltd. Filed by Hipro Electronics Co., Ltd. (Docket #116)

40. The Brief of Plaintiff for February 8, 2007 Trial Filed by Broadway Advisors, LLC, in its representative capacity as the liquidating trustee of the Gruppo Antico Liquidating Trust. (Docket #119)

41. Defendant Hipro Electronics Co., Ltd's Trial Brief Filed by Hipro Electronics Co., Ltd. (Docket #120)

42. Defendant HiPro Electronics Co., Ltd's Supplement to Joint Pretrial

#8377201 v2

Memorandum Filed by Hipro Electronics Co., Ltd.  (Docket #121)

43. The Memorandum Regarding Motion for Judgment on Pleadings. (Docket #122)

44. The Order Granting Hipro-USA's Motion for Summary Judgment.  (Docket #123)

45. The Order Approving Judgment in Favor of Plaintiff, Broadway Advisors, LLC. (Docket #127)

46. The Notice of Appeal #(BAP 07-8)  Filed by Hipro Electronics Co., Ltd.  (Docket #128)

47. Transcript of Trial held on February 8, 2007 before the Honorable Kevin J. Carey. (Docket #132)

48. Transcript of Trial held on February 9, 2007 before the Honorable Kevin J. Carey. (Docket #133)

## STATEMENT OF ISSUES ON APPEAL

Appellant HiPro Electronics Co., Ltd. ("Appellant"), by and through its undersigned counsel, designates the issues on appeal as follows:

1. Whether the court erred in determining that the filing of Plaintiff's Second Amended Complaint for Avoidance and Recovery of Preferential Transfers related back to a time prior to the expiration of the applicable Statute of Limitations.

2. Whether the court erred in determining that the transfers at issue were not made in the ordinary course of business or financial affairs of the debtor and the transferee.

3. Whether the court erred in determining that the transfers at issue were not made according to ordinary business terms.

#8377201 v2

Dated: March 5, 2007
Wilmington, Delaware

    /s/ James C. Carignan
PEPPER HAMILTON LLP
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

- and -

BUCKLEY KING LPA
Harry W. Greenfield, Esq.
1400 Fifth Third Center
600 Superior Avenue, East
Cleveland, OH 44114-2652
(216) 363-1400
(216) 579-1020 (facsimile)

- and -

OSWALD & YAP, P.C.
Michael A. Oswald, Esq.
16148 Sand Canyon Avenue
Irvine, CA 92618
(949) 788-8900

ATTORNEYS FOR APPELLANT

#8377201 v2