IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>GRUPPO ANTICO, INC. f/k/a TREND HOLDINGS, INC., *et al.*[1],<br><br>              Debtors. | Chapter 11<br><br>Case No. 02-13283 (KG)<br>(Jointly Administered) |
| BROADWAY ADVISORS, LLC, in its representative capacity as the Liquidating Trustee of the Gruppo Antico Liquidating Trust,<br><br>              Plaintiff,<br><br>   v.<br><br>HIPRO ELECTRONICS, INC., and HIPRO ELECTRONICS, CO., LTD.,<br><br>              Defendants. | Adv. Proc. No. 03-58480 (KJC) |

## APPELLEE'S DESIGNATION OF CLERK'S RECORD ON APPEAL

Appellee, Broadway Advisors, LLC, in its representative capacity as the Liquidating Trustee of the Gruppo Antico Liquidating Trust, by and through its undersigned counsel, designates the following additional pleadings and exhibits for the record on appeal:

---

[1]    The debtors are the following entities:  Gruppo Antico, Inc.  (f/k/a Trend Holdings, Inc.); Antico Vacca Technologies, Inc. (f/k/a Trend Technologies, Inc.); Antico Plasco, Inc. (f/k/a Trend Plasco, Inc.); Antico New Ventures, Inc. (f/k/a Trend L.P. New Ventures, Inc.); Antico Technologies Texas, L.P. (f/k/a Trend Technologies Texas, L.P.); Antico Product Finishing, Inc. (f/k/a Hitek Product Finishing, Inc.); Cowden Metal Finishing, Inc.; and Cam Fran Tool Co., Inc.

## Pleadings

1.    All attachments to Plaintiff's Motion for Leave to File a Second Amended Complaint and for Order to Modify the Scheduling Order [D.I. 25]

2.    All attachments to Plaintiff's Reply to Defendant's Objection to Plaintiff's Motions for Leave to File a Second Amended Complaint and for Order to Modify the Scheduling Order [D.I. 27]

3.    Summons and Notice of Pre-Trial Conference served on Defendants HiPro Electronics, Inc., HiPro Electronics Ltd. and Related Certificate of Service with Service List [D.I. 38]

4.    Plaintiff's Request for Judicial Notice in Support of Answering Brief of Plaintiff to Amended Motion of HiPro Electronics, Inc. for Judgment on the Pleadings and all attachments thereto [D.I. 98]

5.    Plaintiff's Request for Judicial Notice in Support of Plaintiff's Brief on Defendant HiPro Electronics Co, Ltd.'s Statute of Limitations Defense and all attachments thereto [D.I. 115]

## Joint Exhibits

In the Joint Pre-Trial Memorandum [D.I. 93], Appellant and Appellee designated joint trial exhibits.  The joint trial

exhibits were deemed admitted into evidence at the direction of the Court on the first day of trial on February 8, 2007 [Reporter's Transcript:  Page 25, Line 15-Page 28, Line 3]. Appellee therefore designates the following exhibits as part of the record on appeal:

**Exhibit No.**

1.       Email string:  Last entry August 1, 2002 from Debtor to Hipro-US (Hipro 39-43)

2.       Email string:  Last entry August 7, 2002 from Hipro-US to Hipro-Taiwan, Brett Brewer and Candi Hsing (Hipro 403-405).

3.       Email string:  Last entry August 13, 2002 from Hipro-Taiwan to Hipro US (Hipro 012-013).

4.       Email string: Last entry August 15, 2002 from Debtor to Hipro-US (Hipro 022-028).

5.       Email dated August 26, 2002 from Hipro-Taiwan to Hipro-US (Hipro 068).

6.       Email string:  Last entry August 27, 2002 from Hipro-US to Debtor.

7.       Email string:  Last entry August 27, 2002 from Hipro- US to Debtor (Hipro 083-089).

8.          Email string:  Last entry August 30, 2002 from
            Debtor to Hipro-US (Hipro 095-097).

9.          Email string:  Last entry September 5, 2002 from
            Hipro-Taiwan to Hipro-US and Frank Jih (Hipro
            106-107).

10.         Email string:  Last entry September 13, 2002 from
            Hipro-Taiwan to Hipro-US (Hipro 141-143).

11.         Email string:  Last entry September 17, 2002 from
            Debtor to Hipro-US (Hipro 149-150).

12.         Email string:  Last entry September 17, 2002 from
            Debtor to Hipro-US (Hipro 160-164).

13.         Email string:  Last entry September 18, 2002 from
            Hipro-US to Hipro Taiwan (Hipro 167-170).

14.         Email string:  Last entry September 17, 2002 from
            Hipro-US to Debtor (Hipro 151-155).

15.         Email string:  Last entry September 19, 2002 from
            Hipro-Taiwan to Hipro-US (Hipro 177-181).

16.         Email string:  Last entry September 23, 2002 from
            Debtor to Hipro-US (Hipro 186-188)

17.         Email string:  Last entry September 25, 2002 from
            Hipro-Taiwan to Hipro-US (Hipro 199-204).

18.     Email string:  Last entry September 30, 2002 from Debtor to Hipro-US (Hipro 207-208).

19.     Email string:  Last entry September 30, 2002 from Hipro-US to Hipro-Taiwan (Hipro 213-214).

20.     Email string:  Last entry September 30, 2002 from Hipro-US to Hipro-Taiwan (Hipro 209-211).

21.     Email string:  Last entry October 1, 2002 from Hipro-US to Hipro-Taiwan (Hipro 222.).

22.     Email string:  Last entry October 1, 2002 from Debtor to Hipro-US (Hipro 220-221).

23.     Email string: Last entry October 2, 2002 from Hipro-US to Debtor (Hipro 226).

24.     Email string:  Last entry October 2, 2002 from Hipro-US to Hipro-Taiwan and Hipro-US (Hipro 223-225).

25.     Demand letter dated June 30, 2003 from Plaintiff's counsel to Hipro-US.

26.     Summons and Notice of Pretrial Conference in an Adversary Proceeding.

27.     Complaint for Avoidance and Recovery of Preferential Transfers.

28.        Deposited Trend check no. 135 dated August 5, 2002 in the amount of $1,053,504.

29.        Deposited Trend check no. 159 dated August 14, 2002 in the sum of $497,488.

30.        Deposited Trend check no. 164 dated August 16, 2002 in the sum of $257,568.

31.        Deposited Trend check no. 195 dated August 29, 2002 in the sum of $303,340.80.

32.        Deposited Trend check no. 188 dated August 23, 2002 in the sum of $309,079.68.

33.        Invoices issued by Hirpo-Taiwan to the Debtor during 2002.

34.        Wire transfer confirmations for wire transfers made by the Debtor on September 6, 2002 and October 1, 2002.

35.        Page 94 of Debtors' Schedule F filed in main proceeding.

36.        Email and attachment dated August 5, 2002 from Hipro-US to Hipro-Taiwan (Hipro 369-370).

37.        Email dated August 8, 2002 from Jerry Ding to Hipro-US and Hipro Taiwan. (Hipro 371).

38.      Email string:  Last entry August 9, 2002 from
         Hipro-US to Hipro-Taiwan (Hipro 410-411).

39.      Email and attachment dated August 19, 2002 from
         Hipro-US to Hipro-Taiwan (Hipro 029-030).

40.      Email string: Last entry August 26, 2002 from
         Jerry Ding to Hipro-US and Hipro-Taiwan (Hipro
         032-033).

41.      Email dated August 30, 2002 from to Hipro-US to
         Jerry Ding (Hipro 092-093).

42.      Original Answer to Complaint of Hipro-Electronics
         Inc. filed December 11, 2003 [Docket No. 3]

43.      Stipulation between Gruppo Antico, Inc. fka Trend
         Holdings, Inc. and Defendant Hipro Electronics,
         Inc. to file a First Amended Complaint [Docket
         No. 18]

44.      First Amended Complaint for Avoidance and
         Recovery of Preferential Transfers filed October
         27, 2004 [Docket No. 19]

45.      First Amended Answer of Hipro Electronics, Inc.
         filed November 8, 2004 [Docket No. 24].

46.      Demand letter dated December 29, 2004 form
         plaintiff's counsel to Hipro-Taiwan.

47.       Motion for Leave to File a Second Amended
          Complaint and For Order to Modify Scheduling
          Order with Attached Request for Judicial Notice
          and Declaration of Richard K. Kudo filed January
          6, 2005 [Docket No. 25].

48.       Defendant's Objection to Plaintiff's Motions for
          Leave to File a Second Amended Complaint and For
          Order to Modify Scheduling Order filed January
          21, 2005 [Docket No. 26].

49.       Plaintiff's Reply to Defendant's Objection to
          Plaintiff's Motions for Leave to File a Second
          Amended Complaint and For Order to Modify
          Scheduling Order filed January 27, 2005 [Docket
          No. 27].

50.       Order Granting Motion for Leave to File a Second
          Amended Complaint and For Order to Modify
          Scheduling Order entered February 16, 2005 as
          revised by the Court at Docket No. 48 [Docket No.
          34]

51.       Motion of Hipro Electronics, Ltd. [Hipro-Taiwan]
          to Dismiss the Second Amended Complaint Pursuant
          to Rule 12(b)(2), (4) and (5) of the Federal

Rules of Civil Procedure as Made Applicable to this Action by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure filed March 7, 2005 [Docket No. 36].

52.      Second Amended Complaint for Avoidance and Recovery of Preferential Transfers filed March 8, 2005 [Docket No. 37].

53.      Affidavit of Service of Second Amended Complaint, Summons and Notice of Pre-Trial Conference filed March 9, 2005 [Docket No. 39].

54.      Plaintiff's Motion for Issuance of Request for International Judicial Assistance for the Service of Summons in a Foreign Country filed March 17, 2005 [Docket No. 42].

55.      Plaintiff's Opposition to Motion of Hipro Electronics, Ltd. to Dismiss the Second Amended Complaint Pursuant to Rule 12(b)(2), (4) and (5) of the Federal Rules of Civil Procedure as Made Applicable to this Action by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure filed March 17, 2005 [Docket No. 43].

56.        Reply of Hipro Electronics, Ltd. to Opposition to
           Motion to Dismiss the Second Amended Complaint
           Pursuant to Rule 12(b)(2), (4) and (5) of the
           Federal Rules of Civil Procedure as Made
           Applicable to this Action by Rule 7012(b) of the
           Federal Rules of Bankruptcy Procedure [Docket No.
           45].

57.        Order Granting Plaintiff's Motion for Issuance of
           Letter of Request for International Judicial
           Assistance for Service of Summons in a Foreign
           Country entered April 11, 2005 [Docket No. 49].

58.        Request for International Judicial Assistance
           Approved by the Court on April 8, 2005 filed May
           5, 2005 [Docket No. 51].

59.        Order Denying Motion of Hipro Electronics, Ltd.
           to Dismiss Complaint entered June 14, 2005 as
           modified [Docket No. 54].

60.        Answer of Defendant Hipro Electronics Co., Ltd.
           to Second Amended Complaint to Avoid and Recover
           Preferential Transfers filed July 7, 2005 [Docket
           No. 56]

61.    Affidavit/Return of Foreign Service re Letters Rogatory:   Service made on Defendant Hipro Electronics on July 7, 2005 filed February 1, 2006 [Docket No. 74].

62.    Official Unsecured Creditors' Committee Questionnaire submitted on or about November 14, 2002.

63.    Expert Witness Report of Dorman Wood dated July 24, 2006.

64.    Email from Dorman Wood to Hipro-Taiwan counsel dated June 30, 2006.

65.    Wood Opinion (Draft 1).

66.    Email from Dorman Wood to Hipro-Taiwan counsel dated July 5, 2006.

67.    Wood Opinion (Revision 2).

68.    Email from Dorman Wood to Hipro-Taiwan counsel dated July 12, 2006.

69.    DSO Comparison prepared by Dorman Wood.

70.    Wood Opinion (Revision 3).

71.    Email from counsel for Hipro-Taiwan to Dorman Wood dated July 21, 2006.

72.    Wood Opinion Revision 4.

73.       Expert Witness Report of Mitchell Hirsh dated July 28, 2006.

74.       Back up documentation for Expert Witness Report of Mitchell Hirsh

75.       Rebuttal Declaration of Mitchell Hirsh dated August 25, 2006.

76.       Back up documentation for Rebuttal Declaration of Mitchell Hirsh.

77.       Hipro-US's Answers to Plaintiff's First Set of Interrogatories: Plaintiff designates Responses 1, 26, 29, 34. Defendant Hipro-USA designates all of its responses.

78.       Defendant Hipro-Taiwan's Responses and Objections to Plaintiff's First Set of Interrogatories: Response to Interrogatory No. 3.

79.       Deposition Testimony of Valerie Venable taken September 15, 2006, page 4, line 13 to page 23, line 8; page 31, line 15 to page 32, line 15.

80.       Deposition testimony of William Sutter taken September 14, 2006, page 5, line 7 to page 12, line 9.

81.         Correspondence dated November 14, 2002 from Brett
            Brewer to Mark S. Kenney and attached
            Questionnaire and Proxy

82.         Notice of Appointment of Official Committee of
            Unsecured Creditors dated November 18, 2002
            [Docket No. 57].

## Additional Exhibits

Appellee designates the following additional exhibits introduced into evidence at trial and as to which testimony was elicited:

## Exhibit No.

83.         Invoices/Wire Transfers

84.         Demand letter

85.         October 2, 2003 letter

87.         Plaintiff's Initial Disclosures

Dated: March 9, 2007

PACHULSKI STANG ZIEHL YOUNG JONES
    & WEINTRAUB LLP

Laura Davis Jones (DE State Bar
No. 2436)
Steven J. Kahn (CA Bar No. 76933)
Scotta E. McFarland (DE State Bar
No. 4184)
P.O. Box 8705
919 North Market Street, 17th Floor
Wilmington, Delaware  19899 (Courier
19801)
Telephone: 302/652-4100
Facsimile:  302/652-4400

Counsel for Plaintiff