IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GRUPPO ANTICO, INC. f/k/a TREND HOLDINGS, INC., *et al.*,<br><br>      Debtors. | Case No. 02-13283 (PJW) |
| BROADWAY ADVISORS, LLC, in its representative capacity as the liquidating trustee of GRUPPO ANTICO LIQUIDATING TRUST,<br><br>      Plaintiff,<br>v.<br><br>HIPRO ELECTRONICS INC., and HIPRO ELECTRONICS, Co., LTD.,<br><br>      Defendent. | Adv. Proc. No. 03-58480 (KJC) |

**MEDIATOR'S CERTIFICATE OF COMPLETION**

In accordance with the Standing Order of the Court dated July 23, 2004 (the "Standing Order"), the undersigned mediator reports that the mediation was officially completed on May 21, 2007 (the "Completion Date") and resolved in the following manner:

    (a)  The following individuals were present at the initial mediation session conducted on May 10, 2007 (the "Initial Mediation Session")[1]:

        (1) Parties (name and capacity) –

            Broadway Advisors LLC, in its representative capacity as the liquidating trustee of the Gruppo Antico Liquidating Trust, Plaintiff

            Hipro Electronics Inc., and Hipro Electronics, Co., Ltd., Defendant

        (2) Counsel (name and party representing) –

---

[1] The Initial Mediation Session was adjourned and continued via telephone at various times up and through the Completion Date.

Steven J. Kahn
Pachulski Stang Ziehl Young Jones & Weintraub LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067

Counsel for Broadway Advisors, LLC

-And-

Harry W. Greenfield
Buckley King
1400 Fifth Third Center ·
600 Superior Avenue East ·
Cleveland OH 44114-2652

Counsel for Hipro Electronics, Ltd.

(b) The outcome of the mediation conference was:

_____The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

_____The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____The following issues remain for this court to resolve:

___X___The matter has not been resolved and the appeal should proceed.

_____OTHER:

Dated: June 5, 2007

_____
Signature of Mediator

Joseph A. Malfitano (No. 4020)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

cc: Counsel of Record