IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRUPPO ANTICO, INC. f/k/a TREND HOLDINGS, INC., ET AL., | )<br>)<br>) |
| Debtors, | )<br>) |
| HIPRO ELECTRONICS CO., LTD., | )   Civil Action No. 07-163-*** |
| Appellant, | )<br>) |
| v. | )<br>) |
| BROADWAY ADVISORS, LLC, in its representative capacity as the liquidating trustee of GRUPPO ANTICO LIQUIDATING TRUST, | )<br>)<br>)<br>)<br>) |
| Appellee. | )<br>) |

## ORDER

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than June 21, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 12, 2007
Wilmington, Delaware