IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GRUPPO ANTICO, INC. f/k/a TREND HOLDINGS, INC., ET AL.,<br><br>HIPRO ELECTRONICS CO., LTD,<br><br>    Appellant (Defendant Below),<br><br>v.<br><br>BROADWAY ADVISORS, LLC in its representative capacity as the liquidating trustee of GRUPPO ANTICO LIQUIDATING TRUST,<br><br>    Appellee (Plaintiff Below). | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civ. Act. No. 07-163 (***)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION GOVERNING DEADLINES FOR FILING BRIEFS

Hipro Electronics Co., Ltd ("Appellant"), Appellant and Defendant-Below in the above-captioned appeal (the "Appeal"), together with Broadway Advisors, LLC in its representative capacity as the liquidating trustee of Gruppo Antico Liquidating Trust ("Appellee"), Appellee and Plaintiff-Below in the Appeal, hereby stipulate as follows respecting the deadlines for Appellant and Appellee to submit their respective briefs in the Appeal:

WHEREAS, on November 11, 2003, Appellee filed the Complaint against Appellant in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), thereby initiating an adversary proceeding captioned <u>Broadway Advisors, LLC in its representative capacity as the liquidating trustee of Gruppo Antico Liquidating Trust v. Hipro Electronics Co., Ltd. and Hipro Electronics, Inc. (Adv. Proc. No. 03-58480)</u> (the "Adversary Proceeding");

WHEREAS, on February 16, 2007, the Bankruptcy Court, Judge Carey, entered judgment in favor of Appellee in the Adversary Proceeding;

WHEREAS, on February 23, 2007, Appellant filed the Notice of Appeal in the Adversary Proceeding;

WHEREAS, on March 5, 2007, Appellant filed the Designation of Record and Statement Of Issues on Appeal;

WHEREAS, on March 12, 2007, Appellee filed the Designation of Additional Record Items on Appeal;

WHEREAS, on March 22, 2007, the Clerk of the Bankruptcy Court transmitted the Notice of Appeal to this Court (D.I. 1);

WHEREAS, on June 4, 2007, Joseph Malfitano filed the Mediator's Certificate of Completion (D.I. 6).

WHEREAS, on June 12, 2007, the District Court entered the Order Setting Deadlines, pursuant to which the District Court directed Appellant and Appellee to submit a stipulated briefing schedule no later than June 21, 2007.

NOW, THEREFORE, in consideration of the foregoing, Appellant and Appellee hereby stipulate as follows regarding the deadlines to govern the submission of Memoranda of Law in this Appeal (the "Stipulated Schedule"):

1. Appellant shall file and serve its Opening Brief no later than July 23, 2007 (the "Opening Brief Deadline").

2. Appellee shall file and serve its Answering Brief no later than August 23, 2007 (the "Answering Brief Deadline").

3. Appellant shall file and serve its Reply Brief no later than September 14, 2007 (the "Reply Brief Deadline").

4. This Stipulated Schedule, and any Order approving the same, shall be without prejudice to Appellant's and/or Appellee's rights to request an extension of any of the deadlines set forth herein, either individually or jointly.

*/s/ Scotta McFarland*
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB
Scotta E. McFarland (No. 4184)
919 Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19801
(302) 778-6404

and

Steven J. Kahn, Esq.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100
(310) 277-6910

*Counsel for Appellee Broadway Advisors, LLC, in its representative capacity as the Liquidating Trustee of Gruppo Antico Liquidating Trust*

*/s/*
PEPPER HAMILTON LLP
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

and

Harry W. Greenfield, Esq.
Dov Y. Frankel, Esq.
Buckley King LPA
1400 Fifth Third Center
600 Superior Avenue, East
Cleveland, Ohio 44114-2652
(216) 363-1400

*Counsel for Appellee Hipro Electronics Co., Ltd.*

SO ORDERED.
this ____ day of June, 2007

_____
UNITED STATES MAGISTRATE JUDGE MARY PAT THYNGE

# Pepper Hamilton LLP
### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

James C. Carignan
direct dial: 302-777-6530
carignaj@pepperlaw.com

June 20, 2007

Hand Delivery

The Honorable Mary Pat Thygne
United States District Court for the District of
Delaware
J. Caleb Boggs Federal Building
844 King Street
Room 6100
Wilmington, DE  19801

Re: **Hipro Electronics Co, Ltd. v. Broadway Advisors, LLC in its representative capacity as the liquidating trustee of Gruppo Antico Liquidating Trust (Civ. Act. No. 07-163 (\*\*\*))**

Dear Magistrate Judge Thygne:

Enclosed, please find the Stipulation Governing Deadlines For Filing Briefs (the "Stipulation"), in the above-referenced Civil Appeal. Contemporaneously with this letter, I have filed the Stipulation on the electronic docket being maintained in this Appeal, and have served the Stipulation upon interested parties. I would greatly appreciate if Your Honor would execute the Order portion of the Stipulation. As always, please do not hesitate to contact me should Your Honor have any questions or concerns regarding the attached.

Respectfully yours,

James C. Carignan

Enclosure

#8649568 v1

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |

| Berwyn | Harrisburg | Orange County | Princeton | Wilmington |

www.pepperlaw.com

**CERTIFICATE OF SERVICE**

        I, James C. Carignan, hereby certify that on June 20, 2007, I caused to be served the Stipulation Governing Deadlines For Filing Briefs upon the following entities via regular, first-class mail.

Scotta E. McFarland, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
919 Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19801

Steven J. Kahn, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100

Dated: June 20, 2007
Wilmington, DE

_____
James C. Carignan (No. 4230)