IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GRUPPO ANTICO, INC. f/k/a TREND HOLDINGS, INC., ET AL.,<br><br>HIPRO ELECTRONICS CO., LTD,<br><br>    Appellant (Defendant Below),<br><br>v.<br><br>BROADWAY ADVISORS, LLC in its representative capacity as the liquidating trustee of GRUPPO ANTICO LIQUIDATING TRUST,<br><br>    Appellee (Plaintiff Below). | Civ. Act. No. 07-163 (***) |

## STIPULATION OF DISMISSAL OF APPEAL

It is hereby stipulated and agreed between Hipro Electronics Co., Ltd ("Appellant"), Appellant and Defendant-Below in the above-captioned appeal (the "Appeal"), together with Broadway Advisors, LLC in its representative capacity as the liquidating trustee of Gruppo Antico Liquidating Trust ("Appellee"), Appellee and Plaintiff-Below in the Appeal, that the Appeal is hereby dismissed with prejudice pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure.

(continued on following page)

The parties shall each bear their own costs and fees.

_/s/ Scotta McFarland_
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB
Laura Davis Jones (No. 2436)
Scotta E. McFarland (No. 4184)
919 Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19801
(302) 778-6404

and

Steven J. Kahn, Esq.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100
(310) 277-6910

*Counsel for Appellee Broadway Advisors,
LLC, in its representative capacity as the
Liquidating Trustee of Gruppo Antico
Liquidating Trust*

_/s/_
PEPPER HAMILTON LLP
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

and

Harry W. Greenfield, Esq.
Dov Y. Frankel, Esq.
Buckley King LPA
1400 Fifth Third Center
600 Superior Avenue, East
Cleveland, Ohio 44114-2652
(216) 363-1400

*Counsel for Appellant Hipro Electronics Co.,
Ltd.*

SO ORDERED.
this ____ day of June, 2007

_____
UNITED STATES MAGISTRATE JUDGE MARY PAT THYNGE

## CERTIFICATE OF SERVICE

I, James C. Carignan, hereby certify that on June 29, 2007, I caused to be served the Stipulation Of Dismissal Of Appeal, upon the following entities via regular, first-class mail.

Laura Davis Jones, Esq.
Scotta E. McFarland, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
919 Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE  19801

Steven J. Kahn, Esq.
Pachulski, Stang, Zihel, Young, Jones & Weintraub
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA  90067-4100

Dated:  June 29, 2007
Wilmington, DE

_____
James C. Carignan (No. 4230)