

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| GRUPPO ANTICO, INC. f/k/a TREND HOLDINGS, INC., ET AL., | : : : |
| HIPRO ELECTRONICS CO., LTD, | : : |
| Appellant (Defendant Below), | : : |
| v. | : : |
| BROADWAY ADVISORS, LLC in its representative capacity as the liquidating trustee of GRUPPO ANTICO LIQUIDATING TRUST, | : : : : |
| Appellee (Plaintiff Below). | : : |

Civ. Act. No. 07-163 (***)



## STIPULATION OF DISMISSAL OF APPEAL

It is hereby stipulated and agreed between Hipro Electronics Co., Ltd ("Appellant"), Appellant and Defendant-Below in the above-captioned appeal (the "Appeal"), together with Broadway Advisors, LLC in its representative capacity as the liquidating trustee of Gruppo Antico Liquidating Trust ("Appellee"), Appellee and Plaintiff-Below in the Appeal, that the Appeal is hereby dismissed with prejudice pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure.

(continued on following page)

C:\Documents and Settings\sem\Local Settings\Temporary Internet Files\OLK5\8675905_1.DOC

The parties shall each bear their own costs and fees.

_____
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB
Laura Davis Jones (No. 2436)
Scotta E. McFarland (No. 4184)
919 Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19801
(302) 778-6404

and

Steven J. Kahn, Esq.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100
(310) 277-6910

*Counsel for Appellee Broadway Advisors, LLC, in its representative capacity as the Liquidating Trustee of Gruppo Antico Liquidating Trust*

_____
PEPPER HAMILTON LLP
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

and

Harry W. Greenfield, Esq.
Dov Y. Frankel, Esq.
Buckley King LPA
1400 Fifth Third Center
600 Superior Avenue, East
Cleveland, Ohio 44114-2652
(216) 363-1400

*Counsel for Appellant Hipro Electronics Co., Ltd.*

SO ORDERED. July
this 3 day of ~~June~~, 2007

_____
UNITED STATES DISTRICT JUDGE